# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| **MDL No. 2187** \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ☐ | **MDL No. 2325** \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| **MDL No. 2326** \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation ☑ | **MDL No. 2327** \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| **MDL No. 2387** \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation ☐ | **MDL No. 2440** \| In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation ☐ |

**Civil Action Number (SDWV):** 2:16-cv-00996

(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Strongman | Jon | Andrew | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| #53995 - Missouri | jstrongman@shb.com |

**Party Representing:**
Boston Scientific Corporation

| Originating Case Number: | Originating District: |
|---|---|
| 2:16-cv-00996 | USDC SD WEST VIRGINIA |

**Originating Short-Case Style:** STORY vs. Boston Scientific Corporation

| Direct Dial Number: | Cell Phone Number: |
|---|---|
| 816.559.2430 | 913.669.5123 |

| Secretary Name: | Paralegal Name: |
|---|---|
| Mary Waite | Kelly A. Bland |

## LAW FIRM INFORMATION

**Firm Name:** Shook, Hardy & Bacon L.L.P.

**Address:** 2555 Grand Boulevard

| City: | State: | Zip: |
|---|---|---|
| Kansas City | Missouri | 64108-2613 |

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| 816.474.6550 | 816.421.5547 |

**Other members of firm involved in this litigation:**
Robert T. Adams; Matthew D. Keenan; Eric M. Anielak

| February 2, 2016 | s/ Jon A. Strongman |
|---|---|
| Date | Electronic Signature |

Rev. 06/13